UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDGAR RIOS SANTIAGO,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:13-cr-00240-KJD-PAL<br>　　　　No. 2:20-cv-01126-KJD<br><br>**ORDER** |

　　Presently before the Court is Defendant's Joint Stipulation to Dismiss Motion to Vacate, Set Aside, or Correct Conviction and Sentence under 28 U.S.C. § 2255 (#87). The stipulation is agreed to by both Plaintiff and Defendant. Having read and considered the stipulation, and good cause being found, the joint stipulation is **GRANTED**.

　　Accordingly, **IT IS HEREBY ORDERED** that Motions (#82/78) are **DISMISSED** without prejudice.

　　**IT IS FURTHER ORDERED** that the associated civil case, 2:20-cv-01126-KJD, shall be closed.

Dated this 16th day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge